# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia N. Ramos

CHAPTER 13

Bankruptcy no. 19-12310AMC

AMENDED PRAECIPE

Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing April 28, 2020 at 10:00 a.m.

`

Respectfully submitted,

/s/ William C. Miller

Date: February 20, 2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee