United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-12310-amc
Cynthia N. Ramos                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2           Date Rcvd: Feb 21, 2020
                              Form ID: 152             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db            +Cynthia N. Ramos,    4620 Naples Street,    Philadelphia, PA 19124-3121
14305324      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14353473      +U.S. Bank National Asociation,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14354233      +U.S. Bank National Association,    (Trustee for the Pennsylvania Housing,    Finance Agency),
                211 North Front Street,    Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:21     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2020 03:24:29
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2020 03:24:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14317635       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 03:28:29
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14401649       E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:21     City of Philadelphia,
                Law Department - Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14305323       E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:21
                City of Philadelphia, Law Department,    Municipal Services Building,
                1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
14305326       E-mail/Text: blegal@phfa.org Feb 22 2020 03:24:37      Pennsylvania Housing Finance Agency,
                Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14305325      +E-mail/Text: bankruptcygroup@peco-energy.com Feb 22 2020 03:23:50     Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
14305327       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 03:28:50
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14305328       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2020 03:29:18      T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
14310231      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2020 03:29:18      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14381824      +E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:21     Water Revenue Bureau,
                c/o Pamela Elchert Thormond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              DAVID M. OFFEN   on behalf of Debtor Cynthia N. Ramos dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD   on behalf of Creditor  U.S. BANK NATIONAL ASSOCIATION, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com

```
District/off: 0313-2            User: JEGilmore             Page 2 of 2              Date Rcvd: Feb 21, 2020
                                Form ID: 152                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (Trustee for the
         Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                       TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Cynthia N. Ramos
    Debtor(s)

Case No: 19−12310−amc
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/28/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

34
Form 152